**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 181 MAL 2015 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| TAURUS KENYATA GILBERT, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22ⁿᵈ day of April, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

1) Does the application of the Sex Offender Registration and Notification Act ("SORNA"), 42 Pa.C.S. § 9799.10 *et seq.,* to [petitioner] violate [petitioner's] procedural due process rights under the Federal and Pennsylvania Constitutions, when [petitioner] was no longer serving a criminal sentence at the time SORNA became effective?

2) Does SORNA violate the *Ex Post Facto* Clause of the Federal Constitution when SORNA's purpose or effect is so punitive that it constitutes a retroactive increase in punishment when applied to [petitioner]?

3) Does SORNA violate the *Ex Post Facto* Clause of the Constitution of the Commonwealth of Pennsylvania when SORNA's purpose or effect is so punitive that it constitutes a retroactive increase in punishment when applied to [petitioner]?

The Prothonotary is directed to schedule briefing and argument in this matter together with the following matters presenting related issues: *Commonwealth v. Muniz*, 684 MAL 2015 and *Commonwealth v. Reed,* 557 WAL 2014.